CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  rebecca.perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRYSON MAHOE a/k/a "BULA", <br><br> Defendant. | CASE NO. 22-00094 DKW <br><br> GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |

### GOVERNMENT'S SENTENCING STATEMENT

By and through the undersigned attorneys, the government respectfully submits a sentencing statement of no objection to the U.S. Probation Office's draft Pre-Sentence Report.

1

DATED: November 7, 2023, at Honolulu, Hawaii.

                Respectfully submitted,
                CLARE E. CONNORS
                United States Attorney
                District of Hawaii

                By _/s/ Rebecca A. Perlmutter_
                    REBECCA A. PERLMUTTER
                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

**Served via NEF CM/ECF Notification:**

Salina Kanai, Esq.
Salina_Kanai@fd.org

Attorney for Defendant
 Bryson Mahoe

**Served via EMAIL:**

Darsie Ing-Dodson
Darsie_Ing-Dodson@hip.uscourts.gov
U.S. Probation Office
300 Ala Moana Boulevard, Room
Honolulu, HI 96850

DATED: November 7, 2022, at Honolulu, Hawaii.

/s/ Rebecca Perlmutter
United States Attorney's Office
District of Hawaii